In the Matter of FRANCIS KINNERNEY, Appellant, against MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF HORNELL, Respondent.

Argued October 9, 1941; decided November 19, 1941.

*W. Earle Costello* for appellant.
*Harry L. Allen* for respondent.

Order affirmed, without costs; no opinion.   (See 287 N. Y. 754.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.